IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| CTI CLINICAL TRIAL SERVICES, INC., | : | CASE NO. 1:10-cv-00491 |
| Plaintiff, | : | (Judge Herman J. Weber) |
| vs. | : | (Magistrate Karen L. Litkovitz) |
| GILEAD SCIENCES, INC., | : | **ORDER GRANTING JOINT MOTION TO EXTEND CASE** |
| Defendant. | : | **SCHEDULE** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and for good cause shown, it is ORDERED that the Joint Motion to Extend Case Schedule is GRANTED. The case schedule is extended as follows:

1. Discovery cut-off date is Friday, October 12, 2012;

2. Joint Status Report, including positions as to Mediation, shall be filed by Tuesday, October 30, 2012;

3. Pretrial dispositive motions shall be filed by Tuesday, October 30, 2012;

4. Parties to exchange trial exhibits by Tuesday, January 29, 2013;

5. Proposed Joint Final Pretrial Order shall be filed by Friday, February 15, 2013; and

6. Case shall proceed to trial at a date set by the Court after February 2013.

IT IS SO ORDERED.

Dated: April 26, 2012

UNITED STATES MAGAISTRATE JUDGE

611158.1