UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| CTI CLINICAL TRIAL SERVICES, INC., | : | CASE NO. 1:10-cv-00491 |
| Plaintiff, | : | (Judge Herman J. Weber) |
| v. | : | (Magistrate Karen L. Litkovitz) |
| GILEAD SCIENCES, INC., | : | **ORDER GRANTING JOINT MOTION TO EXTEND CASE SCHEDULE** |
| Defendant. | : | |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and for good cause shown, it is ORDERED that the Joint Motion to Extend Case Schedule is GRANTED. The case schedule is extended as follows:

1. Discovery cut-off date is December 7, 2012;

2. Joint Status Report, including positions as to Mediation, shall be filed by December 21, 2012;

3. Pretrial dispositive motions shall be filed by January 23, 2013;

4. Trial exhibits shall be exchanged by March 18, 2013; and

5. Proposed Joint Final Pretrial Order shall be filed by March 25, 2013.

IT IS SO ORDERED.

Dated: September 25, 2012

_Karen L. Litkovitz_
UNITED STATES MAGISTRATE JUDGE

654910.2