UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| CTI CLINICAL TRIAL SERVICES, INC., | : | CASE NO. 1:10-cv-00491 |
| Plaintiff, | : | (Judge Herman J. Weber) |
| v. | : | (Magistrate Judge Karen L. Litkovitz) |
| GILEAD SCIENCES, INC., | : | **ORDER GRANTING JOINT MOTION OF PLAINTIFF CTI** |
| Defendant. | : | **CLINICAL TRIAL SERVICES, INC. AND DEFENDANT GILEAD** |
| | : | **SCIENCES, INC. FOR LEAVE TO FILE UNDER SEAL MOTIONS** |
| | : | **FOR SUMMARY JUDGMENT AND THE SUPPORTING EXHIBITS AND** |
| | : | **DEPOSITIONS** |

The Joint Motion of Plaintiff CTI Clinical Trial Services, Inc. and Defendant Gilead Sciences, Inc. for Leave to File Under Seal Motions for Summary Judgment and the Supporting Exhibits and Depositions is hereby GRANTED.

IT IS SO ORDERED.

Dated: January 16, 2013

*/s/ Karen L. Litkovitz*
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,


/s/ Jeffrey P. Hinebaugh
Jeffrey P. Hinebaugh (0059888)
   Trial Attorney
Kurt R. Hunt (0084362)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
Telephone: (513) 977-8200
Telecopier: (513) 977-8141
Email: jeff.hinebaugh@dinslaw.com

Attorneys for Plaintiff
CTI Clinical Trial Services, Inc.

/s/ Charles J. Faruki
Charles J. Faruki (0010417)
   Trial Attorney
Adam V. Sadlowski (0079582)
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH 45402
Telephone: (513) 632-0300
Telecopier: (513) 632-0319
Email: cfaruki@ficlaw.com

Attorneys for Defendant
Gilead Sciences, Inc.

681820.1