# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

CTI CLINICAL TRIAL SERVICES, INC.,      Case N0. 1:10-cv-00491
    Plaintiff      Weber, J.
     Litkovitz, M.J.

vs

GILEAD SCIENCES, INC.,      **ORDER**
    Defendant

This matter is before the Court on the joint motion of the parties to modify the case schedule in this case to allow the parties sufficient time to conduct mediation upon completion of the briefing of the motions for summary judgment. (Doc. 53). For good cause shown, the motion is **GRANTED**. The case schedule in this matter is amended as follows:

1. Reply memoranda in support of summary judgment motions due by March 18, 2013.

2. Trial exhibits shall be exchanged by July 30, 2013.

3. Proposed Joint Final Pretrial Order shall be filed by August 10, 2013.

4. Trial before Judge Herman J. Weber to be set for the September 2013 trial term.

In the event the parties are interested in judicial-based mediation, they should contact the undersigned for a referral to another magistrate judge for purposes of conducting a settlement conference.

**IT IS SO ORDERED.**

Date: 2/20/13

Karen L. Litkovitz
United States Magistrate Judge